29 A.3d 761

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Terrance LANGSTON, Respondent.**

Supreme Court of Pennsylvania.

Sept. 28, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September 2011, the Petition for Allowance of Appeal is **GRANTED.** The decision below is **VACATED** and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Jette,* 23 A.3d 1032 (Pa.2011).